IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY N. MINCHELLA, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-3823 |
| SUN LIFE ASSURANCE COMPANY | : | |
| OF CANADA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of September 2013, upon consideration of Defendants' Motion to Dismiss (Doc. No. 3) and Plaintiff's response thereto (Doc. No. 5) it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED without prejudice**. Plaintiff may amend his complaint without leave of this Court within **30 days** of the entry of this Order. It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.